IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

DANIEL STEILBERG                                                                    PLAINTIFF

v.                                                           CAUSE NO. 1:15CV269-LG-RHW

LIONEL BRADLEY, ET AL.                                                          DEFENDANTS

## FINAL JUDGMENT BY DEFAULT

This cause came on for hearing before the Court on the plaintiff's [42] Motion for Default Judgment against Defendant Lionel Bradley on March 7, 2017. The issues having been duly heard and considered and a decision having been duly rendered in the form of findings of fact and conclusions of law stated into the record in open court pursuant to Fed. R. Civ. P. 52,

**IT IS THEREFORE ORDERED AND ADJUDGED,** that the plaintiff's [42] Motion for Default Judgment filed June 28, 2016, pursuant to Fed. R. Civ. P. 55, should be and is hereby **GRANTED**.

**IT IS FURTHER ORDERED AND ADJUDGED,** that Plaintiff Daniel Steilberg shall recover of Defendant Lionel Bradley the sum of $1,432,024 in compensatory damages, with interest thereon at the rate provided by law, plus the costs of this action.

**SO ORDERED AND ADJUDGED** this the 8th day of March, 2017.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE